IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| **BROCH CLINTON,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**GC SERVICES, LIMITED PARTNERSHIP,**<br><br>      **Defendant.** | Case No. 19-cv-2061 |

## STIPULATION OF DISMISSAL

The parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal with prejudice of the above-captioned action and all underlying claims with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Michael P. Forbes*
Michael P. Forbes, Esq.
Law Offices of Michael P. Forbes, P.C.
200 Eagle Road Suite 220
Wayne, PA 19087
Telephone: (610) 293-9399
Facsimile: (610) 293-9388
Email: Michael@mforbeslaw.com

ATTORNEY FOR PLAINTIFF

*/s/ Krishna Jani*
Krishna Jani, Esq.
Reilly, McDevitt & Henrich, P.C.
The Widener Building
One South Penn Square, Ste. 410
Philadelphia, PA 19107
Phone: (215) 972-5200
Email: kjani@rmh-law.com

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA

BROCH CLINTON,

   Plaintiff,

v.

   Case No. 19-cv-2061

GC SERVICES, LIMITED PARTNERSHIP,

   Defendant.

## ORDER

**IT IS HEREBY ORDERED** based on the Stipulation for Dismissal entered into by the parties (Docket No. \_\_\_\_), the above-captioned matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Dated this \_\_\_\_ day of _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE